**Electronically Filed**
**Supreme Court**
**SCWC-20-0000099**
**27-APR-2022**
**08:35 AM**
**Dkt. 17 ODAC**

SCWC-20-0000099

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAAP-20-0000099
IN THE MATTER OF ADOPTION OF A MALE CHILD
BORN ON NOVEMBER 5, 2013
(FC-A NO. 18-1-005K)

AND

CAAP-20-0000100
IN THE MATTER OF ADOPTION OF A MALE CHILD
BORN ON NOVEMBER 5, 2013
(FC-A NO. 18-1-019K)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000099 and CAAP-20-0000100;
FC-A NOS. 18-1-005K and 18-1-019K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner's Application for Writ of Certiorari filed on March 7, 2022, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 27, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

